```
:\FORMS\
```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANNY TOLIVER                                             CIVIL ACTION

     v.

CITY OF PHILADELPHIA

                                 02-4554

## O R D E R

AND NOW, this 5TH day of AUGUST, 2002, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **SEPTEMBER 9, 2002** at **9:15A**M in Room 8TH FLOOR - room 8613. (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.
Plaintiff is to notify all parties of this conference.

ATTEST:                                   or    BY THE COURT


BY:   ANGELA J. MICKIE
      Deputy Clerk                       Judge

Civ 12 (9/83)