```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**DANNY TOLIVER**                    :
                                     :
                                     :
         **v.**                      :
                                     :
**THE CITY OF PHILADELPHIA,**        :
**et al.**                           :    **CIVIL ACTION NO. 02-4554**


### O R D E R

**AND NOW,** this    day of March, 2003, **IT IS HEREBY ORDERED** that **JUDGMENT is ENTERED** in the above action for defendants and against plaintiff.

                              **BY THE COURT:**


                              _____
                              **J. CURTIS JOYNER, J.**