IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY TOLIVER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-4554 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this      day of March, 2003, it is hereby ORDERED that the Order dated March 26, 2003 entering Judgment in this Action for Defendants and against Plaintiff is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court shall reopen this action for all claims against individual Defendants N. Campolongo and R. Carrasquillo.[1]

BY THE COURT:

_____
J. CURTIS JOYNER, J.

---

[1] This Order also serves docketing purposes. We note that all claims against Defendant City of Philadelphia were dismissed with prejudice in an Order dated March 19, 2003 granting Defendant's motion for summary judgment. Summary judgment was not granted as to the two individual Plaintiffs. Therefore, the Order entering judgment for all Defendants is VACATED.