IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY TOLIVER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-4554 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

    AND NOW, this        day of May, 2003, upon consideration of the Petition of Counsel for Plaintiff for Leave to Withdraw (Document No. 14) and it appearing that there are irreconcilable differences between Plaintiff and Counsel and the Petition is uncontested, it is hereby ORDERED that the Motion is GRANTED.

    IT IS FURTHER ORDERED that Jonathan R. Altschuler, Esq. is permitted to withdraw his appearance as counsel of record for the Plaintiff in this action and is hereby WITHDRAWN.

BY THE COURT:

_____
J. CURTIS JOYNER, J.