IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY TOLIVER,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| | : | No. 02-4554 |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the Answer with Affirmative Defenses of Defendants Campolongo and Carrasquillo to be served upon *pro se* plaintiff, via first class mail, postage prepaid, as follows:

>Danny Toliver, Pro Se
>P.O. Box 28723
>Philadelphia PA 19151

By: _____
Lynne A. Sitarski
Deputy City Solicitor
City of Philadelphia Law Dept.
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5446

DATED:     October 17, 2003