**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANNY TOLIVER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants. | : | **No. 02-4554** |
| | : | |
| | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Please enter my appearance for Defendants Campolongo and Carrasquillo  in the above matter.

CARLTON L. JOHNSON
CHIEF DEPUTY CITY SOLICITOR

BY:  _____

MICHAEL L. DETWEILER
Assistant City Solicitor
City of Philadelphia Law Dept.
1515 Arch Street, 14th Floor
Philadelphia, PA  19102

DATE: January 21, 2005

## <u>CERTIFICATE OF SERVICE</u>

I, Michael L. Detweiler, hereby certify that a true and correct copy of undersigned counsel's entry of appearance was served by regular U.S. mail upon counsel for Plaintiff at the following address:

> DANNY TOLIVER
> 1848 FARRINGTON ROAD
> PHILADELPHIA, PA 19151

_____
Michael L. Detweiler, Esquire
Assistant City Solicitor


DATE:        January 21, 2005