```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DANNY TOLIVER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER N. CAMPOLONGO | : | NO. 02-4554 |
| POLICE OFFICER R. CARRASQUILLO | | |

O R D E R

**AND NOW**, this 3RD day of FEBRUARY, 2005, pursuant to mailing all parties a notice on December 17, 2004 that a settlement conference was scheduled before Judge Rueter for January 28, 2005, and Plaintiff failure to show,

**IT IS ORDERED** that pursuant to Fed.R.Civ.P. 16(f) and 41(b) this matter is dismissed for lack of prosecution.

BY THE COURT:

S/ J. CURTIS JOYNER
J. CURTIS JOYNER,  J.